IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHELLANDA YORK                                                                               PLAINTIFF

v.                                       No. 4:12CV00493 JLH

MORRISON MANAGEMENT SPECIALISTS, INC.                               DEFENDANT

## ORDER

The complaint meets the pleading standards of the Federal Rules of Civil Procedure, so the defendant's motion to dismiss is DENIED. Document #4.

IT IS SO ORDERED this 7th day of September, 2012.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE