# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SHELLANDA YORK                                                                                      PLAINTIFF

v.                                No. 4:12CV00493 JLH

MORRISON MANAGEMENT SPECIALISTS, INC.                        DEFENDANT

## ORDER

The complaint meets the pleading standards of the Federal Rules of Civil Procedure, so the defendant's motion to dismiss is DENIED. Document #4.

IT IS SO ORDERED this 7th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE